**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| RUSTY STRICKLAND, | ) | |
| ALAN AND AMY WEST FARMS, | ) | |
| ALAN WEST, | ) | |
| AMY WEST, | ) | |
| DOUBLE B FARMS, LLC, and | ) | |
| BRYAN BAKER, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:24-cv-60 |
| THE UNITED STATES DEPARTMENT OF AGRICULTURE, | ) | |
| THOMAS J. VILSACK, in his official capacity as Secretary of the United States Department of Agriculture, | ) | |
| ZACH DUCHENEAUX, in his official capacity as Administrator of the Farm Service Agency, and | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
|     Defendants. | ) | |

---

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND DISCLOSURE STATEMENT**

---

      Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Plaintiffs Alan and Amy West Farms, Alan West, Amy West, Rusty Strickland, Double B Farms, LLC, and Bryan Baker provide the following information:

**For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:**

Alan and Amy West Farms and Double B Farms, LLC, do not have parent corporations and no publicly held corporation owns 10% or more of their stock.

**A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:**

1. United States Department of Agriculture (USDA)

2. Thomas J. Vilsack, in his official capacity of Secretary of Agriculture

3. Zach Ducheneaux in his official capacity of Administrator of the Farm Service Agency

4. President Joseph Biden

5. United States of America

6. United States Department of Justice

7. United States Attorney Leigha Simonton

8. Merrick Garland, Attorney General of the United States

9. All farmers, ranchers, and producers who applied for payments under USDA's Emergency Relief Program 2021, Phase 1

10. All farmers, ranchers, and producers eligible for payments under USDA's Emergency Relief Program 2021, Phase 2

11. All farmers, ranchers, and producers eligible for payments under USDA's Coronavirus Food Assistance Program 2

12. All farmers, ranchers, and producers eligible for payments under USDA's Pandemic Assistance Revenue Program

13. All farmers, ranchers, and producers eligible for payments under USDA's Emergency Livestock Relief Program 2021, Phase 1

14. All farmers, ranchers, and producers eligible for payments under USDA's Emergency Livestock Relief Program 2021, Phase 2

15. All farmers, ranchers, and producers eligible for payments under USDA's Emergency Relief Program 2022, Track 1 & Track 2

16. All farmers, ranchers, and producers eligible for payments under USDA's Emergency Livestock Relief Program 2022

17. Any insurance companies who provided supplemental insurance to any farmers, ranchers, and producers eligible for the previously listed USDA programs

18. Any trade organizations, agricultural groups, agricultural cooperatives, etc., whose membership include any farmers, ranchers, or producers eligible for payments under any of the previously listed USDA programs, including:

    a.  Alianza Nacional de Campesina

    b.  Agricultural Justice Project

    c.  Community to Community

    d.  National Young Farmers Coalition

    e.  Black Urban Growers

    f.  Association of American Indian Farmers

    g.  Family Agriculture Resource Management Services

    h.  Farms to Grow, Inc.

    i.  National Black Farmers Association

    j.  National Latino Farmers and Ranchers Trade Association

    k.  American Indian Mothers, Inc.

    l.  Cottage House, Inc.

    m.  Soul Fire Farm

    n.  Southeastern African American Farmers' Organic Network

    o.  Common Good City Farm

    p.  National Cattlemen's Beef Association

    q.  Latino Farmers and Ranchers International

    r.  Southwest Council of Agribusiness

    s.  Rural Coalition

    t.  Intertribal Agricultural Council

    u.  North Carolina Association of Black Lawyers Land Loss Prevention Project

    v.  Natural Resources Defense Council, Inc.

    w.  Rural Advancement Fund of the National Sharecroppers Fund, Inc.

    x.  Family Farm Defenders

    y.  Kansas Black Farmers Association

    z.  Operation Spring Plant, Inc.

    aa. Texas Coalition of Rural Landowners

    bb. World Farmers, Inc.

    cc. Heal Food Alliance

    dd. National Sustainable Agriculture Coalition

    ee. Women Food and Agriculture Network

19. Any organizations that advocate for social justice

20. United Farm Workers

21. Farm supply companies

22. Citizens seeking money from other United States agencies that use "socially disadvantaged" race- or sex-based classifications to determine payments

23. Rusty Strickland

24. Alan and Amy West Farms

25. Alan West

26. Amy West

27. Double B Farms, LLC

28. Bryan Baker

29. Southeastern Legal Foundation

30. Mountain States Legal Foundation

31. The attorneys who have entered an appearance in this case or are listed on the docket in this matter.

Respectfully submitted,

/s/ Braden H. Boucek

BRADEN H. BOUCEK
  Georgia Bar No. 396831
  Tennessee Bar No. 021399
BENJAMIN I. B. ISGUR
  Virginia Bar No. 98812
Southeastern Legal Foundation
560 W. Crossville Road, Suite 104
Roswell, GA  30075
(770) 977-2131
bboucek@southeasternlegal.org
bisgur@southeasternlegal.org

WILLIAM E. TRACHMAN
  Colorado Bar No. 45684
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
wtrachman@mslegal.org

*Attorneys for Plaintiffs*