IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| RUSTY STRICKLAND, <br> ALAN AND AMY WEST FARMS, <br> ALAN WEST, <br> AMY WEST, <br> DOUBLE B FARMS, LLC, and <br> BRYAN BAKER, <br>     Plaintiffs, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF AGRICULTURE, <br> THOMAS J. VILSACK, in his official capacity as Secretary of the United States Department of Agriculture, <br> ZACH DUCHENEAUX, in his official capacity as Administrator of the Farm Service Agency, and <br> THE UNITED STATES OF AMERICA, <br>     Defendants. | Case No. 2:24-cv-60-Z |

**CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS**

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Matthew J. Kacsmaryk, United States District Judge for the Northern District of Texas.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy, using print reporters or traditional legal databases, by a human being before it is submitted to the

Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

                                          Respectfully submitted,

                                         /s/ Braden H. Boucek
                                         BRADEN H. BOUCEK
                                           Georgia Bar No. 396831
                                           Tennessee Bar No. 021399
                                         Southeastern Legal Foundation
                                         560 W. Crossville Road, Suite 104
                                         Roswell, GA  30075
                                         (770) 977-2131
                                         bboucek@southeasternlegal.org

                                         *Attorney for Plaintiffs*