IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| RUSTY STRICKLAND, <br> ALAN AND AMY WEST FARMS, <br> ALAN WEST, <br> AMY WEST, <br> DOUBLE B FARMS, LLC, and <br> BRYAN BAKER, <br>    Plaintiffs, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF AGRICULTURE, <br> THOMAS J. VILSACK, in his official capacity as Secretary of the United States Department of Agriculture, <br> ZACH DUCHENEAUX, in his official capacity as Administrator of the Farm Service Agency, and <br> THE UNITED STATES OF AMERICA, <br>    Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 2:24-cv-60-Z <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE AS LOCAL CO-COUNSEL FOR PLAINTIFFS

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Ed McConnell, an attorney admitted to practice in the Northern District of Texas whose residence, office and practice is located in Amarillo, Texas; and pursuant to N.D. Tex. Civ. R. 83.10(a), gives Notice of Appearance as Local Co-Counsel for Plaintiffs, RUSTY

STRICKLAND, ALAN AND AMY WEST FARMS, ALAN WEST, AMY WEST, DOUBLE B FARMS, LLC, and BRYAN BAKER, in the above referenced matter. The following attorneys shall remain as co-counsel and lead counsel for all Plaintiffs:

WILLIAM E. TRACHMAN
  Colorado Bar No. 45684
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
wtrachman@mslegal.org

BRADEN H. BOUCEK
  Georgia Bar No. 396831
  Tennessee Bar No. 021399
BENJAMIN I. B. ISGUR
  Virginia Bar No. 98812
Southeastern Legal Foundation
560 W. Crossville Road, Suite 104
Roswell, GA  30075
(770) 977-2131
bboucek@southeasternlegal.org
bisgur@southeasternlegal.org

WHEREFORE, PREMISES CONSIDERED, the undersigned prays that this Notice of Appearance as Local Co-Counsel for Plaintiffs be duly noted in this matter and for such other relief to which he is entitled.

Respectfully submitted,

**TORMEY & MCCONNELL, LLC**
310 SW 6th Ave.
Amarillo, TX 79101
Tel. (806) 355-2700; Fax. (806) 355-4771
Email: ed@tmcattorneys.com

By: _____
Ed McConnell, SBN: 13442500
Local Counsel for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2024, a true and correct copy of the above and foregoing document was served upon all counsel of record via the Court's ECF system.

_____
Ed McConnell