IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| RUSTY STRICKLAND, <br> ALAN AND AMY WEST FARMS, <br> ALAN WEST, <br> AMY WEST, <br> DOUBLE B FARMS, LLC, and <br> BRYAN BAKER, <br>     Plaintiffs, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF AGRICULTURE, <br> THOMAS J. VILSACK, in his official capacity as Secretary of the United States Department of Agriculture, <br> ZACH DUCHENEAUX, in his official capacity as Administrator of the Farm Service Agency, and <br> THE UNITED STATES OF AMERICA, <br>     Defendants. | Case No. 2:24-cv-60-Z |

## AFFIDAVIT OF SERVICE

I, Benjamin I. B. Isgur, state the following:

1.  I am over eighteen years of age and am in all respects competent to make this affidavit.

2.  I am an attorney for Plaintiffs Rusty Strickland, Alan and Amy West Farms, Alan West, Amy West, Double B Farms LLC, and Bryan Baker, admitted to practice in the United States District Court for the Northern District of Texas.

3. Pursuant to Federal Rule of Civil Procedure Rule 4(l) and LR 4.1, I hereby certify that service, in the above-styled case, of the Complaint and Clerk-issued Summons, has taken place in the following manner.

4. Defendant Thomas J. Vilsack was served by certified mail with return receipt requested (green card) on March 29, 2024. His office received the documents on April 1, 2024, as evidenced by the signature and date of the green card. A copy of the certified mail receipt and green card are attached as Exhibit 1.

5. The United States Attorney General was served by certified mail with return receipt requested (green card) on March 29, 2024. Its office received the documents on April 1, 2024, as evidenced by the United States Postal Service Tracking System. A copy of the certified mail receipt and tracking information are attached as Exhibit 2.

6. The United States Attorney for the Northern District of Texas was served by certified mail with return receipt requested (green card) on March 29, 2024. Its office received the documents on April 1, 2024, as evidenced by the signature and date of the green card. A copy of the certified mail receipt and green card are attached as Exhibit 3.

7. Defendant Zach Ducheneaux was served by certified mail with return receipt requested (green card) on March 29, 2024. His office received the documents on April 1, 2024, as evidenced by the United States Postal Service Tracking System. A copy of the certified mail receipt and tracking information are attached as Exhibit 4.

8. Defendant United States Department of Agriculture was served by certified mail with return receipt requested (green card) on March 29, 2024. Its office received the documents on April 1, 2024, as evidenced by the United States Postal Service Tracking System. A copy of the certified mail receipt and tracking information are attached as Exhibit 5.

9. Additionally, all Defendants were served via process server on April 1, 2024. Ashley Richerson received service at the United States Attorney's Office at 500 S. Taylor in Amarillo, Texas. The proofs of service are attached as <u>Exhibit 6</u>.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: <u>April 15, 2024</u>.

By: /s/ Benjamin I. B. Isgur
BENJAMIN I. B. ISGUR
  Virginia Bar No. 98812
BRADEN H. BOUCEK
  Georgia Bar No. 396831
  Tennessee Bar No. 021399
Southeastern Legal Foundation
560 W. Crossville Road, Suite 104
Roswell, GA  30075
(770) 977-2131
bboucek@southeasternlegal.org
bisgur@southeasternlegal.org

WILLIAM E. TRACHMAN
  Colorado Bar No. 45684
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
wtrachman@mslegal.org

ED MCCONNELL
  Texas Bar No. 13442500
Tormey & McConnell, LLC
310 SW 6th Ave.
Amarillo, TX 79101
Tel. (806) 355-2700; Fax. (806) 355-4771
ed@tmcattorneys.com

*Attorneys for Plaintiffs*
