# EXHIBIT 2



**Tracking Number:** 9589071052700924500140

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove

## Latest Update

Your item was picked up at a postal facility at 4:54 am on April 1, 2024 in WASHINGTON, DC 20530.

### Get More Out of USPS Tracking:
USPS Tracking Plus®

### Delivered
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
April 1, 2024, 4:54 am

### Redelivery Scheduled for Next Business Day
WASHINGTON, DC 20530
March 31, 2024, 11:11 am

### Arrived at Hub
WASHINGTON, DC 20018
March 31, 2024, 5:31 am