# EXHIBIT 3



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Amarillo, TX 79101

OFFICIAL USE

Certified Mail Fee    $4.40
$                                        $3.65
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $    $0.00
☐ Return Receipt (electronic)       $    $0.00
☐ Certified Mail Restricted Delivery $   $0.00
☐ Adult Signature Required          $    $0.00
☐ Adult Signature Restricted Delivery $  $0.00
Postage                              $9.85
$
Total Postage and Fees
$17.90
$

HERNDON PO VA 20170
MAR 29 2024
Postmark
Here
03/29/2024
20170-USPS

Sent To   U.S. Attorney's Office
Street and Apt. No., or PO Box No.   Ste LB238
500 S. Taylor St,
City, State, ZIP+4®
Amarillo, TX 79101

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

2б 7005 4924 0970 5270 1225 0710 5685 9550

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney's Office, N.D. Tex.
Attn: Civil Process Clerk
500 S. Taylor St., Ste. LB 238
Amarillo, TX 79101

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 8501 3186 3856 24

2. Article Number *(Transfer from service label)*

9589 0710 5270 0924 5001 26

PS Form **3811**, July 2020 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _Michelle Terry_     ☑ Agent
                        ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery
_Michelle Terry_                     9/1/24

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ ~~red Mail Restricted Delivery~~
   ~~r $500)~~

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt