# EXHIBIT 5



**Tracking Number:**

# 9589071052700924500133

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove X

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 6:38 am on April 1, 2024 in WASHINGTON, DC 20250.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20250
April 1, 2024, 6:38 am

### Redelivery Scheduled for Next Business Day
WASHINGTON, DC 20250
March 31, 2024, 11:11 am

### Arrived at Hub
WASHINGTON, DC 20018
March 31, 2024, 10:38 am