# EXHIBIT 6

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Strickland et al | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:24-cv-00060-Z |
| | ) |
| United States Department of Agriculture | ) |
| et al | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** Zach Ducheneaux, in his official capacity as Administrator of the Farm Service Agency

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Braden Boucek
560 West Crossville Road
Suite 104
Roswell , GA 30075

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 03/29/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00060-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Zach Ducheneaux. Administrator of the Farm Service Agency
was received by me on *(date)* 3-29-2024 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Ashley Richerson _____ , who is designated
by law to accept service of process on behalf of *(name of organization)* United States Attorney's Office
500 S. Taylor, Amarillo, Texas _____ on *(date)* April 1, 2024 _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)* _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: April 1, 2024

_____
Server's signature

Lofton T. Faris - Process Server
Printed name and title

U.S. Legal Support
P.O. Box 1053
Amarillo, TX 79105
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| Strickland et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:24-cv-00060-Z |
| | ) | |
| United States Department of Agriculture et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** Zach Ducheneaux, in his official capacity as Administrator of the Farm Service Agency

These copies of the summons and complaint are to be either:

(1) delivered to the United States Attorney for the Northern District of Texas <u>or</u> to an assistant United States attorney or clerical employee whom the United States Attorney has designated in writing filed with the Clerk of the United States District Court for the Northern District of Texas;

or

(2) send by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Northern District of Texas ( 500 S. Taylor Street, Suite LB238, Amarillo, TX 79101)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Braden Boucek
560 West Crossville Road
Suite 104
Roswell , GA 30075

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 03/29/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00060-Z

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Zach Ducheneaux . Administration
was received by me on (date) March 29, 2024. of the Farm Service Agency

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) Ashley Richerson , who is designated
by law to accept service of process on behalf of (name of organization) United States Attorney's Office
500 S. Taylor, Amarillo on (date) April 1, 2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other (specify) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: April 1, 2024

_____
Server's signature

Lofton T. Faris - Process Server
Printed name and title

U.S. Legal Support
P.O. Box 1453
Amarillo, TX 79105
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

|  |  |
|---|---|
| Strickland et al<br>_Plaintiff_<br>v.<br><br>United States Department of Agriculture et al<br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 2:24-cv-00060-Z

## Summons in a Civil Action

**TO:** Zach Ducheneaux, in his official capacity as Administrator of the Farm Service Agency

(These copies of the summons and complaint are to be sent by registered or certified mail to the Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Braden Boucek
560 West Crossville Road
Suite 104
Roswell , GA 30075

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

DATE: 03/29/2024

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00060-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*)  Zach Ducheneaux, Administrator of the Farm Service Agency
was received by me on (*date*)  3-29-2024 .

☐   I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐   I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☒   I served the summons on (*name of individual*)  Ashley Rickerson , who is designated
by law to accept service of process on behalf of (*name of organization*)  United States Attorney Office
500 S. Taylor, Amarillo, Texas  on (*date*)  April 1, 2024 ; or

☐   I returned the summons unexecuted because _____ ; or

☐   other (*specify*) _____
_____

My fees are $ _____  for travel and $ _____  for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: April 1, 2024

_____
Server's signature

Lofton T. Faris   Process Server
Printed name and title

U.S. Legal Support
P.O. Box 1053
Amarillo, TX 79105   Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Texas

| | |
|---|---|
| Strickland et al | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 2:24-cv-00060-Z |
| | ) |
| United States Department of Agriculture | ) |
| et al | ) |
| _Defendant_ | ) |

## Summons in a Civil Action

**TO:** United States Department of Agriculture

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Braden Boucek
560 West Crossville Road
Suite 104
Roswell , GA 30075

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

DATE: 03/29/2024

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00060-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Department of Agriculture
was received by me on *(date)*  3-29-2024      .

☐   I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ;  or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒   I served the summons on *(name of individual)* Ashley Richardson _____ , who is designated
by law to accept service of process on behalf of *(name of organization)* United States Attorney's Office
500 S. Taylor, Amarillo, Texas ____ on *(date)* April 1, 2024 ____ ; or

☐   I returned the summons unexecuted because _____ ;  or

☐   other *(specify)* _____
_____

My fees are $ _____  for travel and $ _____  for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: April 1, 2024

_____
Server's signature

Lofton T. Faris - Process Server
Printed name and title

U.S. Legal Support
P.O. Box 1053
Amarillo, TX 79105
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

|  |  |  |
|---|---|---|
| Strickland et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:24-cv-00060-Z |
|  | ) | |
| United States Department of Agriculture et al | ) | |
| *Defendant* | ) | |

### Summons in a Civil Action

**TO:** United States Department of Agriculture

These copies of the summons and complaint are to be either:

(1) delivered to the United States Attorney for the Northern District of Texas _or_ to an assistant United States attorney or clerical employee whom the United States Attorney has designated in writing filed with the Clerk of the United States District Court for the Northern District of Texas;

or

(2) send by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Northern District of Texas ( 500 S. Taylor Street, Suite LB238, Amarillo, TX 79101)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Braden Boucek
560 West Crossville Road
Suite 104
Roswell , GA 30075

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 03/29/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00060-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) United States Department of Agriculture

was received by me on (*date*)  3·29-2024  .

☐  I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____ , a person of suitable age and discretion who resides there,

on (*date*) _____ , and mailed a copy to the individual's last known address; or

☒  I served the summons on (*name of individual*) Ashley Richardson , who is designated

by law to accept service of process on behalf of (*name of organization*) United States Attorney's Office

500 S. Taylor, Amarillo, Texas  on (*date*) April 1, 2024 ; or

☐  I returned the summons unexecuted because _____ ; or

☐  other (*specify*) _____

_____

My fees are $ _____   for travel and $ _____   for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: April 1, 2024

_____
Server's signature

Lofton T. Faris - Process Server
Printed name and title

U.S. Legal Support
P.O. Box 1053
Amarillo, TX 79105

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| Strickland et al | ) | |
| *Plaintiff* | ) | Civil Action No. 2:24-cv-00060-Z |
| v. | ) | |
| | ) | |
| United States Department of Agriculture et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** United States Department of Agriculture

(These copies of the summons and complaint are to be sent by registered or certified mail to the Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Braden Boucek
560 West Crossville Road
Suite 104
Roswell , GA 30075

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 03/29/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00060-Z

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) United States Department of Agriculture
was received by me on (*date*) 3-29-2024 .

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (*name of individual*) Ashley Richardson , who is designated
by law to accept service of process on behalf of (*name of organization*) United States Attorney's Office
500 S. Taylor, Amarillo, Texas on (*date*) April 1, 2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: April 1, 2024

_____
Server's signature

Lofton T. Faris - Process Server
Printed name and title

U.S. Legal Support
P.O. Box 1053
Amarillo, TX 79105
Server's address

Additional information regarding attempted service, etc:

U.S. Legal Support
P.O. Box 1053
Amarillo, TX 79105

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | |
|---|---|
| Strickland et al | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 2:24-cv-00060-Z |
| | ) |
| United States Department of Agriculture et al | ) |
| _Defendant_ | ) |

## Summons in a Civil Action

**TO:** United States of America

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Braden Boucek
560 West Crossville Road
Suite 104
Roswell , GA 30075

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 03/29/2024

_Signature of Clerk or Deputy Clerk_

Case 2:24-cv-00060-Z   Document 6   Filed 03/29/24   Page 94 of 25   PageID 94

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00060-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  United States of America

was received by me on *(date)*  3-29-2024  .

☐  I personally served the summons on the individual at *(place)* _____

_____  on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒  I served the summons on *(name of individual)*  Ashley Richardson _____ , who is designated

by law to accept service of process on behalf of *(name of organization)*  United States Attorney's Office

500 S. Taylor, Amarillo, Texas _____ on *(date)*  April 1, 2024 _____ ; or

☐  I returned the summons unexecuted because _____ ; or

☐  other *(specify)* _____

_____

My fees are $ _____  for travel and $ _____  for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  April 1, 2024

_____
Server's signature

Lofton T. Faris - Process Server
Printed name and title

U.S. Legal Support
P.O. Box 1053
Amarillo, TX 79105
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| Strickland et al | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:24-cv-00060-Z |
| | ) |
| United States Department of Agriculture et al | ) |
| *Defendant* | ) |

### Summons in a Civil Action

**TO:** United States of America

These copies of the summons and complaint are to be either:

(1) delivered to the United States Attorney for the Northern District of Texas <u>or</u> to an assistant United States attorney or clerical employee whom the United States Attorney has designated in writing filed with the Clerk of the United States District Court for the Northern District of Texas;

or

(2) send by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Northern District of Texas ( 500 S. Taylor Street, Suite LB238, Amarillo, TX 79101)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Braden Boucek
560 West Crossville Road
Suite 104
Roswell , GA 30075

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 03/29/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  2:24-cv-00060-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*)  United States of America
was received by me on (*date*)  3-29-2024  .

☐  I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☒  I served the summons on (*name of individual*)  Ashley Richardson  , who is designated
by law to accept service of process on behalf of (*name of organization*)  United States Attorney's Office
500 S. Taylor, Amarillo, Texas  on (*date*)  April 1, 2024  ; or

☐  I returned the summons unexecuted because _____ ; or

☐  other (*specify*) _____
_____

My fees are $ _____  for travel and $ _____  for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  April 1, 2024

_____
Server's signature

Lofton T. Faris - Process Server
Printed name and title

U.S. Legal Support
P.O. Box 1053
Amarillo, TX 79105

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | |
|---|---|
| Strickland et al | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:24-cv-00060-Z |
| | ) |
| United States Department of Agriculture et al | ) |
| *Defendant* | ) |

**Summons in a Civil Action**

**TO:** United States of America

(These copies of the summons and complaint are to be sent by registered or certified mail to the Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Braden Boucek
560 West Crossville Road
Suite 104
Roswell , GA 30075

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 03/29/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00060-Z

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*)  United States of American

was received by me on (*date*)  3-29-2024 .

☐  I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____ , a person of suitable age and discretion who resides there,

on (*date*) _____ , and mailed a copy to the individual's last known address; or

☒  I served the summons on (*name of individual*)  Ashley Richerson , who is designated

by law to accept service of process on behalf of (*name of organization*)  United States Attorney's Office

500 S. Taylor, Amarillo, Texas  on (*date*)  April 1, 2024 ; or

☐  I returned the summons unexecuted because _____ ; or

☐  other (*specify*) _____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: April 1, 2024

_____
Server's signature

Lofton T. Faris - Process Server
Printed name and title

U.S. Legal Support
P.O. Box 1053
Amarillo, TX 79105    Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | |
|---|---|
| Strickland et al | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:24-cv-00060-Z |
| | ) |
| United States Department of Agriculture | ) |
| et al | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** Thomas James Vilsack, in his official capacity as Secretary of the United States Department of Agriculture

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Braden Boucek
560 West Crossville Road
Suite 104
Roswell , GA 30075

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 03/29/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00060-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Thomas James Vilsack- Secretary of the

was received by me on *(date)* 3-29-2024 . United States Department of Agriculture

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Ashley Richerson , who is designated

by law to accept service of process on behalf of *(name of organization)* United States Attorney's Office

500 S. Taylor, Amarillo, Texas on *(date)* April 1, 2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)* _____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: April 1, 2024

_____
Server's signature

Lofton T. Farkis - Process Server
Printed name and title

U.S. Legal Support
P.O. Box 1053
Amarillo, TX 79105

Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Strickland et al | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No. 2:24-cv-00060-Z |
| | ) |
| United States Department of Agriculture et al | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** Thomas James Vilsack, in his official capacity as Secretary of the United States Department of Agriculture

These copies of the summons and complaint are to be either:

(1) delivered to the United States Attorney for the Northern District of Texas <u>or</u> to an assistant United States attorney or clerical employee whom the United States Attorney has designated in writing filed with the Clerk of the United States District Court for the Northern District of Texas;

or

(2) send by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Northern District of Texas ( 500 S. Taylor Street, Suite LB238, Amarillo, TX 79101)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Braden Boucek
560 West Crossville Road
Suite 104
Roswell , GA 30075

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

DATE:  03/29/2024

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00060-Z

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) Thomas James Vilsack - Secretary of
was received by me on (*date*) 3-29-2024 . the United States Department of Agriculture

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on (*name of individual*) Ashley Richerson , who is designated
by law to accept service of process on behalf of (*name of organization*) United States Attorney's Office
500 S. Taylor, Amarillo, Texas on (*date*) April 1, 2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: April 1, 2024

_____
Server's signature

Lofton T. Farris - Process Server
Printed name and title

U.S. Legal Support
P.O. Box 1053
Amarillo, TX 79105
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

| | | |
|---|---|---|
| Strickland et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:24-cv-00060-Z |
| | ) | |
| United States Department of Agriculture et | ) | |
| al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** Thomas James Vilsack, in his official capacity as Secretary of the United States Department of Agriculture

(These copies of the summons and complaint are to be sent by registered or certified mail to the Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Braden Boucek
560 West Crossville Road
Suite 104
Roswell , GA 30075

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

DATE:  03/29/2024

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00060-Z

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) __Thomas James Vilsack. Secretary__
was received by me on (*date*) __3-29-2024__ . __of the United States Department of Agriculture__

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (*name of individual*) __Ashley Richareson__, who is designated
by law to accept service of process on behalf of (*name of organization*) __United States Attorney's Office__
__500 S. Taylor, Amarillo, Texas__ on (*date*) __April 1, 2024__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: __April 1, 2024__

_____
Server's signature

__Lofton T. Faris-Process Server__
Printed name and title

U.S. Legal Support
P.O. Box 1053
Amarillo, TX 79105    Server's address

Additional information regarding attempted service, etc: