UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RUSTY STRICKLAND, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF ARGRICULTURE, *et al.*, <br><br> *Defendants*. | Case No. 2:24-cv-00060-Z |

NOTICE OF APPEARANCE

Please take notice that the undersigned attorney, Faith E. Lowry of the United States Department of Justice, Civil Division, Federal Programs Branch, enters her appearance in the above-captioned matter on behalf of Defendants.

Dated: April 18, 2024               Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

*/s/ Faith E. Lowry*
FAITH E. LOWRY (TX Bar No. 24099560)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
Tel: (202) 305-2532
Fax: (202) 616-8470
E-mail: faith.e.lowry@usdoj.gov

## CERTIFICATE OF SERVICE

On April 18, 2024, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Faith E. Lowry*
Faith E. Lowry
Trial Attorney
U.S. Department of Justice