# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RUSTY STRICKLAND, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF ARGRICULTURE, *et al.*,<br><br>    *Defendants*. | Case No. 2:24-cv-00060-Z |

## NOTICE OF APPEARANCE

Please take notice that Alexander V. Sverdlov, trial attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel for Defendants in the above-captioned matter.

Dated: April 18, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

*/s/ Alexander V. Sverdlov*
ALEXANDER V. SVERDLOV
  (NY Bar 4918793)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-8550
alexander.v.sverdlov@usdoj.gov

## CERTIFICATE OF SERVICE

On April 18, 2024, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/  Alexander V. Sverdlov
Alexander V. Sverdlov
Trial Attorney
U.S. Department of Justice