UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RUSTY STRICKLAND, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF ARGRICULTURE, *et al.*, <br><br> *Defendants*. | Case No. 2:24-cv-00060-Z |

**[PROPOSED] ORDER**

Having considered Defendants' Motion for an Extension of Time to Respond to Plaintiffs' Motion for a Preliminary Injunction and the applicable law, the Court concludes that the motion has merit and should be, and hereby is, GRANTED. Accordingly, it is ORDERED that Defendants' deadline to respond to Plaintiffs' Motion for a Preliminary Injunction is extended to May 3, 2024.

SO ORDERED on this ____ day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE

1