IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

RUSTY STRICKLAND, *et al.*,

    Plaintiffs,

v.                                    2:24-CV-60-Z

THE UNITED STATES DEPARTMENT OF
AGRICULTURE, *et al.*,

    Defendants.

## ORDER

Before the Court is Defendants' Motion for Extension of Time to Respond ("Motion") (ECF No. 16) to Plaintiffs' Motion for Preliminary Injunction ("PI Motion") (ECF No. 10). The Court **GRANTS** the Motion to afford Defendants ample time to adequately brief "matters of constitutional, administrative, and appropriations law." ECF No. 16 at 2. *See* FED. R. CIV. P. 6(b)(1)(A) (permitting extensions when the request is made before the original time). Defendants are thus **ORDERED** to respond to Plaintiff's PI Motion by **May 3, 2024**.

**SO ORDERED**.

April 19, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE