UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

RUSTY STRICKLAND, *et al.*,

    *Plaintiffs*,

v.

THE UNITED STATES DEPARTMENT OF ARGRICULTURE, *et al.*,

    *Defendants*.

Case No. 2:24-cv-00060-Z

## **UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMITS**

    Defendants move for an extension of the page limits in the parties' respective briefs concerning Plaintiffs' Motion for a Preliminary Injunction. ECF Nos. 10, 11.

    Plaintiffs filed suit in this matter on March 29, 2024, ECF No. 1, and filed their Motion for a Preliminary Injunction on April 5, 2024. ECF Nos. 10, 11. Here, Plaintiffs raise multiple separate legal claims as reasons why eight different USDA programs should be preliminarily enjoined. Given the number and complexity of the issues presented, and the relief that is requested, the standard 25-page response provided for under the Local Rules is insufficient to address the issues before the Court.

    Accordingly, to ensure that the Defendants can present their arguments, and because a fulsome explanation from both sides will aid the Court in its consideration of Plaintiffs' Motion, Defendants respectfully request that they be permitted to file an Opposition of up to 38 pages in length. The parties have conferred, and Plaintiffs have represented that they do not oppose, so long as they receive a reciprocal 13-page extension. A proposed order is attached.

Dated: May 2, 2024                Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

*/s/ Faith E. Lowry*
FAITH E. LOWRY (TX Bar No. 24099560)
ALEXANDER V. SVERDLOV (NY Bar No. 4918793)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
Tel: (202) 305-2532
Fax: (202) 616-8470
E-mail: faith.e.lowry@usdoj.gov
          alexander.v.sverdlov@usdoj.gov

## **CERTIFICATE OF CONFERENCE**

I certify that on May 2, 2024, I conferred with counsel for Plaintiffs, Braden Boucek, via email regarding the relief requested in this motion, and he stated that Plaintiffs do not oppose, so long as Plaintiffs receive the same extension.

*/s/ Faith E. Lowry*
FAITH E. LOWRY
Trial Attorney
U.S. Department of Justice

## **CERTIFICATE OF SERVICE**

On May 2, 2024, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Faith E. Lowry*
FAITH E. LOWRY
Trial Attorney
U.S. Department of Justice