UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RUSTY STRICKLAND, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF ARGRICULTURE, *et al.*, <br><br> *Defendants*. | Case No. 2:24-cv-00060-Z |

**[PROPOSED] ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMITS**

The Court, having considered Defendants' Unopposed Motion for Extension of Page Limits, concludes that the motion has merit and should be, and hereby is, GRANTED. Accordingly, IT IS ORDERED that:

1. Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction shall not exceed 38 pages in length.

2. Plaintiffs' Reply in Support of their Motion shall not exceed 23 pages in length.

SO ORDERED on _____

_____
UNITED STATES DISTRICT JUDGE