IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| RUSTY STRICKLAND, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>    Defendants. | 2:24-CV-60-Z |

**ORDER**

Before the Court is Defendants' Unopposed Motion for Extension of Page Limits ("Motion") (ECF No. 18). Defendants "respectfully request that they be permitted to file an Opposition of up to 38 pages in length." ECF No. 18 at 1. "The parties have conferred, and Plaintiffs have represented that they do not oppose, so long as they receive a reciprocal 13-page extension." *Id.*

The Motion is **GRANTED**, as there are "extraordinary and compelling reasons" to extend the parties' page limits. Local Rule 7.2(c). Defendants are therefore **ORDERED** to not exceed 38 pages in length in their response brief. *See id.* (stating that response briefs are not to exceed 25 pages in length). Plaintiffs are further **ORDERED** to not exceed 23 pages in length in their reply brief. *See id.* (stating that reply briefs are not to exceed 10 pages in length).

**SO ORDERED**.

May 3, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE