UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RUSTY STRICKLAND, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF ARGRICULTURE, *et al.*,<br><br>    *Defendants*. | Case No. 2:24-cv-00060-Z |

## **AI CERTIFICATION**

    I, Alexander Sverdlov, hereby certify that I have read and will comply with all judge-specific requirements for Judge Matthew J. Kacsmaryk, United States District Judge for the Northern District of Texas.

    I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy, using print reporters or traditional legal databases, by a human being before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

| | |
|---|---|
| Dated: May 3, 2024 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>LESLEY FARBY<br>Assistant Branch Director<br><br>*/s/ Alexander V. Sverdlov*<br>ALEXANDER V. SVERDLOV (NY Bar No. 4918793)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br>Tel: (202) 305-8550<br>Email: alexander.v.sverdlov@usdoj.gov<br><br>*Counsel for Defendants* |

### CERTIFICATE OF SERVICE

On May 3, 2024, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Alexander V. Sverdlov*
ALEXANDER V. SVERDLOV
Trial Attorney
U.S. Department of Justice