# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| RUSTY STRICKLAND, ALAN AND AMY WEST FARMS, ALAN WEST, AMY WEST, DOUBLE B FARMS, LLC, and BRYAN BAKER, <br><br>       Plaintiffs, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br> THOMAS J. VILSACK, in his official capacity as Secretary of the United States Department of Agriculture, <br><br> ZACH DUCHENEAUX, in his official capacity as Administrator of the Farm Service Agency, and <br><br> THE UNITED STATES OF AMERICA, <br><br>       Defendants. | Case No. 2:24-cv-60-Z |

## NOTICE OF ERROR

Plaintiffs hereby notify the Court of an error in Alan West's supplemental declaration, which states that Mr. West received a letter from Lubbock County NRCS in April of 2024 informing him that because he is not an underserved farmer, his grant proposal will be scored lower than if he were and would be less likely to receive funding. This was inaccurate. The correct version of events is explained below and in Mr. West's Corrected Supplemental Declaration.

Mr. West received a letter in mid-March, on approximately March 16, 2024, informing him of a working group meeting on March 27, 2024, at which one of the topics to be discussed was the preferential treatment to be provided to socially disadvantaged farmers under EQIP. Mr. West was unable to attend the working group meeting. Instead, in early April, he spoke to two colleagues, both Lubbock County NRCS directors, who attended the working group meeting. They informed him that whether a farmer was socially disadvantaged or otherwise underserved was a factor in the ranking used for EQIP funding. This favorable treatment to underserved farmers is consistent with the EQIP regulations, which provide for preferential treatment in the form of advance payments and reserved funds. *See* 7 C.F.R. § 1466 *et seq.* (2024). A similar error occurs on page 6 of Plaintiffs' reply brief, which incorrectly states that Mr. West received the letter in April of 2024 and incorrectly states the contents of the meeting as being the contents of the letter.

Plaintiffs apologize to the Court and to Defendants for this error.

Respectfully submitted,

 /s/ Braden H. Boucek

BRADEN H. BOUCEK
  Georgia Bar No. 396831
  Tennessee Bar No. 021399
BENJAMIN I. B. ISGUR
  Virginia Bar No. 98812
Southeastern Legal Foundation
560 W. Crossville Road, Suite 104
Roswell, GA  30075
(770) 977-2131
bboucek@southeasternlegal.org
bisgur@southeasternlegal.org

WILLIAM E. TRACHMAN
  Colorado Bar No. 45684
Mountain States Legal Foundation
2596 South Lewis Way

Lakewood, Colorado 80227
(303) 292-2021
wtrachman@mslegal.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent through the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Respectfully submitted,

/s/ Braden H. Boucek
BRADEN H. BOUCEK