UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RUSTY STRICKLAND, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF ARGRICULTURE, *et al.*, <br><br> *Defendants*. | Case No. 2:24-cv-00060-Z |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7 of the Court's local rules, Defendants respectfully request 30-day extension of the deadline to respond to Plaintiffs' complaint. Under Local Rule CV-7.1(e), Defendants' current deadline to respond to the complaint is May 31, 2024. The requested extension would move the deadline to July 1, 2024. This is Defendants' first request for an extension of its answer deadline. Plaintiffs have indicated that they do not oppose this extension, and Defendants' requested extension is supported by good cause.

Plaintiffs commenced this action on March 29, 2024, challenging USDA's administration of at least eight separate disaster relief programs from 2020 through the present. *See generally* Compl., ECF No. 1. One week later, Plaintiffs filed a motion for a preliminary injunction, seeking to enjoin the administration of USDA's programs nationwide. *See* Pls.' Mot. at 24, ECF No. 11. The parties have now completed briefing that motion, and are in the process of determining what next steps are appropriate in this case.

1

Defendants believe that the most efficient way to resolve the case would be to establish an omnibus schedule for all dispositive motions—the timing of which will depend, in part, on when Defendants are able to produce a certified administrative record for the challenged programs. Defendants are working diligently to complete that process and anticipate being able to present a proposed schedule to Plaintiffs within the next two weeks. Because responding to Plaintiffs' complaint in the interim would detract from that process—and potentially impede the parties' ability to negotiate an omnibus schedule in an expedient manner—Defendants respectfully submit that the interests of judicial economy and the parties' interests would be best served by extending the current answer deadline.

Accordingly, to enable the parties to negotiate an appropriate and efficient schedule for this matter, Defendants respectfully request that the Court grant a 30-day extension, until July 1, 2024, to respond to Plaintiffs' complaint.

Dated: May 28, 2024                Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

*/s/ Faith E. Lowry*
FAITH E. LOWRY (TX Bar No. 24099560)
ALEXANDER V. SVERDLOV (NY Bar No. 4918793)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
Tel: (202) 305-2532
Fax: (202) 616-8470
E-mail: faith.e.lowry@usdoj.gov
          alexander.v.sverdlov@usdoj.gov

## CERTIFICATE OF CONFERENCE

I certify that on May 24 and 26, 2024, I conferred with counsel for Plaintiffs, Braden Boucek, via email regarding the relief requested in this motion, and Plaintiffs are unopposed.

*/s/ Faith E. Lowry*
FAITH E. LOWRY
Trial Attorney
U.S. Department of Justice

## CERTIFICATE OF SERVICE

On May 28, 2024, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Faith E. Lowry*
FAITH E. LOWRY
Trial Attorney
U.S. Department of Justice