UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RUSTY STRICKLAND, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF ARGRICULTURE, *et al.*,<br><br>*Defendants*. | Case No. 2:24-cv-00060-Z |

**[PROPOSED] ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

The Court, having considered Defendants' Unopposed Motion for an Extension of Time to Respond to Plaintiffs' Complaint, concludes that the motion has merit and should be, and hereby is, GRANTED. Accordingly, IT IS ORDERED that Defendants' deadline to respond to Plaintiffs' Complaint is extended to Thursday, July 1, 2024.

SO ORDERED on _____.

_____
UNITED STATES DISTRICT JUDGE