IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| RUSTY STRICKLAND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. | 2:24-CV-60-Z |

**ORDER**

Before the Court is Defendants' Unopposed Motion for an Extension of Time to Respond to Plaintiffs' Complaint ("Motion") (ECF No. 24), filed May 28, 2024. Defendants' current deadline is May 31, 2024, *id.* at 1, and they request an extension until July 1, 2024. "Plaintiffs have indicated that they do not oppose the extension . . . ." *Id.*

Given the foregoing, other good cause, and Plaintiffs' pending Motion for a Preliminary Injunction or, in the Alternative, Relief under 5 U.S.C. § 705 (ECF No. 10), the Motion is **GRANTED**. *See* FED. R. CIV. P. 6(b)(1)(A) (permitting extensions when the request is made before the original time). Defendants are therefore **ORDERED** to respond to Plaintiffs' Complaint by **July 1, 2024, at 11:59 p.m. CDT**.

**SO ORDERED.**

May **30**, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE