## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RUSTY STRICKLAND, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF ARGRICULTURE, *et al.*, <br><br> *Defendants*. | Case No. 2:24-cv-00060-Z |

## JOINT MOTION TO ENTER A SCHEDULING ORDER
## AND ORDER ON RELATED DEADLINES

Together, the Parties respectfully move the Court to enter a proposed briefing schedule and order on related deadlines, as follows:

Plaintiffs commenced this action on March 29, 2024, challenging USDA's administration of eight separate disaster relief programs from 2020 through the present. *See generally* Compl., ECF No. 1. One week later, Plaintiffs filed a motion for a preliminary injunction, seeking to enjoin the administration of USDA's programs nationwide. *See* Pls.' Mot. at 24, ECF No. 11. On June 7, 2023, the Court entered an order granting in part Plaintiffs' motion. *See* Order, ECF No. 26.

The Parties have discussed what next steps are appropriate in this case. Because Plaintiffs brought this case under the Administrative Procedure Act, the Parties believe that the case should be resolved through summary judgment motions on the basis of the administrative record. To that end, the Parties propose the following omnibus schedule:

1

- USDA will submit a certified administrative record on or before July 31, 2024;

- Any motions regarding the scope or contents of the administrative record shall be filed on or before August 21, 2024;

- Plaintiffs will file their motion for summary judgment on or before August 28, 2024. The supporting brief shall be limited to 45 pages;

- Defendants will file their combined motion for summary judgment and opposition on or before October 15, 2024. The brief shall be limited to 45 pages;

- Plaintiffs will file their combined opposition and reply on or before November 15, 2024. The brief shall be limited to 25 pages;

- Defendants will file their reply on or before December 16, 2024. The brief shall be limited to 25 pages.

The Parties further respectfully request that Defendants' answer deadline be suspended pending resolution of the dispositive motions and further order of the court. The Parties submit that this proposed schedule will allow for an efficient resolution of this matter and ask that it be entered. A proposed order is attached.

Dated: July 1, 2024            Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

*/s/ Faith E. Lowry*
FAITH E. LOWRY (TX Bar No. 24099560)
ALEXANDER V. SVERDLOV (NY Bar No. 4918793)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch

2

1100 L Street NW
Washington, D.C. 20530
Tel: (202) 305-2532
Fax: (202) 616-8470
E-mail: faith.e.lowry@usdoj.gov
        alexander.v.sverdlov@usdoj.gov


/s/ Benjamin I. B. Isgur
BRADEN H. BOUCEK
  Georgia Bar No. 396831
  Tennessee Bar No. 021399
BENJAMIN I. B. ISGUR
  Virginia Bar No. 98812
Southeastern Legal Foundation
560 W. Crossville Road, Suite 104
Roswell, GA  30075
(770) 977-2131
bboucek@southeasternlegal.org
bisgur@southeasternlegal.org

WILLIAM E. TRACHMAN
  Colorado Bar No. 45684
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
wtrachman@mslegal.org

ED MCCONNELL
  Texas Bar No. 13442500
Tormey & McConnell, LLC
310 SW 6th Ave.
Amarillo, TX 79101
Tel. (806) 355-2700; Fax. (806) 355-4771
ed@tmcattorneys.com

*Attorneys for Plaintiffs*