IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| RUSTY STRICKLAND, *et al.*, | |
| Plaintiffs, | |
| v. | 2:24-CV-60-Z |
| THE UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | |
| Defendants. | |

**SCHEDULING ORDER**

Before the Court is the parties' Joint Motion to Enter a Scheduling Order ("Motion") (ECF No. 28), filed July 1, 2024. "Because Plaintiffs brought this case under the Administrative Procedure Act, the Parties believe that the case should be resolved through summary judgment motions on the basis of the administrative record." *Id.* at 1. This Court agrees.

The Motion is **GRANTED**. The parties are **ORDERED** to abide by the following briefing schedule:

- USDA will submit a certified administrative record on or before July 31, 2024;

- Any motions regarding the scope or contents of the administrative record shall be filed on or before August 21, 2024;

- Plaintiffs will file their motion for summary judgment on or before August 28, 2024. The supporting brief shall be limited to 45 pages;

- Defendants will file their combined motion for summary judgment and opposition on or before October 15, 2024. The brief shall be limited to 45 pages;

- Plaintiffs will file their combined opposition and reply on or before November 15, 2024. The brief shall be limited to 25 pages;

- Defendants will file their reply on or before December 16, 2024. The brief shall be limited to 25 pages.

It is further **ORDERED** that Defendants' answer deadline is suspended pending resolution of the dispositive motions and further order of the Court.

**SO ORDERED**.

July 3, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE