# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RUSTY STRICKLAND, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF ARGRICULTURE, *et al.*, <br><br> *Defendants*. | Case No. 2:24-cv-00060-Z |

## NOTICE OF FILING OF THE ADMINISTRATIVE RECORD

Pursuant to the Court's scheduling order dated July 3, 2024, ECF No. 29, Defendants, the United States Department of Agriculture, *et al.*, are filing the administrative record in this matter. That record, along a certification and index, accompanies this Notice.

1

Dated: July 31, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

*/s/ Alexander V. Sverdlov*
ALEXANDER V. SVERDLOV (NY Bar No. 4918793)
FAITH E. LOWRY (TX Bar No. 24099560)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
Tel: (202) 305-2532
Fax: (202) 616-8470
E-mail: alexander.v.sverdlov@usdoj.gov

**CERTIFICATE OF SERVICE**

On July 31, 2024, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Alexander V. Sverdlov*
ALEXANDER V. SVERDLOV
Trial Attorney
U.S. Department of Justice