IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| RUSTY STRICKLAND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. | 2:24-CV-60-Z |

## FIRST AMENDED SCHEDULING ORDER

Before the Court is Defendants' opposed Motion for an Extension of Time ("Motion") (ECF No. 35), filed October 8, 2024. Under the current scheduling order, Defendants "will file their combined motion for summary judgment and opposition on or before October 15, 2024." ECF No. 29 at 1. Defendants seek to extend that foregoing deadline to November 14, 2024, while Plaintiffs agree only to an October 29, 2024, extension. ECF No. 35 at 2.

The Motion is **GRANTED**, as "[o]ver the past six weeks, undersigned counsel have faced numerous expedited and highly time-consuming deadlines in several other matters in this Court and elsewhere." *Id.* at 1. The Court therefore enters the following amended schedule:

| DATE | ACTION |
|---|---|
| November 14, 2024 | Defendants' combined motion for summary judgment and opposition due (45 pages). |
| December 12, 2024 | Plaintiffs' combined opposition and reply due (25 pages). |
| January 9, 2025 | Defendants' reply due (25 pages). |

**SO ORDERED.**

October 10, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE