IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| RUSTY STRICKLAND, | ) | |
| ALAN AND AMY WEST FARMS, | ) | |
| ALAN WEST, | ) | |
| AMY WEST, | ) | |
| DOUBLE B FARMS, LLC, and | ) | |
| BRYAN BAKER, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:24-cv-60-Z |
| | ) | |
| THE UNITED STATES DEPARTMENT | ) | |
| OF AGRICULTURE, | ) | |
| THOMAS J. VILSACK, in his official | ) | |
| Capacity as Secretary of the United States | ) | |
| Department of Agriculture, | ) | |
| ZACH DUCHENEAUX, in his official | ) | |
| Capacity as Administrator of the Farm | ) | |
| Service Agency, and | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
|     Defendants. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF DEFENDANTS' COMBINED MOTION FOR SUMMARY JUDGMENT ON BEHALF OF AMERICAN INDIAN MOTHERS, INC., CONCERNED CITIZENS OF TILLERY, COTTAGE HOUSE INCORPORATION, FARM AID, KANSAS BLACK FARMERS ASSOCIATION, LATINO FARMERS AND RANCHERS INTERNATIONAL, NATIONAL SUSTAINABLE AGRICULTURE COALITION, NATIONAL YOUNG FARMERS COALITION, NORTH CAROLINA ASSOCIATION OF BLACK LAWYERS LAND LOSS PREVENTION PROJECT, OKLAHOMA BLACK HISTORICAL RESEARCH PROJECT, INC., RURAL ADVANCEMENT FUND OF THE NATIONAL SHARECROPPERS FUND, INC., RURAL COALITION, AND WORLD FARMERS, INC.**

American Indian Mothers, Inc., Concerned Citizens of Tillery, Cottage House

Incorporation, Farm Aid, Kansas Black Farmers Association, Latino Farmers and Ranchers

International, Inc., National Sustainable Agriculture Coalition, National Young Farmers Coalition, North Carolina Association of Black Lawyers Land Loss Prevention Project, Oklahoma Black Historical Research Project, Inc., Rural Advancement Fund of the National Sharecroppers Fund, Inc., Rural Coalition, and World Farmers, Inc., respectfully request leave of this Court to submit their brief as amici curiae in support of Defendants' Motion for Summary Judgment.

The undersigned attorneys for Rural Coalition have conferred with the Parties and confirmed that they are unopposed to the amici curiae's Motion for Leave to file an amicus brief.

Amici curiae are farmers' organizations that work with, on behalf of, or represent socially disadvantaged farmers and ranchers who are eligible for the funding and benefits designated for socially disadvantaged farmers or ranchers under the USDA's emergency relief programs at issue and would be harmed should the Court rule that the USDA is permanently enjoined from enforcing or implementing any categories based on race or sex absent clear congressional authorization.

"An amicus brief should normally be allowed when a party is not represented competently . . . or when the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *In re Halo Wireless, Inc.*, 684 F.3d 581, 596 (5th Cir. 2012) (citing *Ryan v. Commodity Futures Trading Comm'n*, 125 F.3d 1062, 1063 (7th Cir. 1997). "So courts should welcome amicus briefs for one simple reason: it is for the honor of a court of justice to avoid error in their judgments." *Lefebure v. D'Aquilla*, 15 F.4th 670, 675 (5th Cir. 2021) (internal quotations omitted) (citation omitted). Federal district courts possess the inherent authority to accept amicus briefs. *See In re Bayshore Ford Truck Sales, Inc.*, 471 F.3d 1233, 1249 n.34 (11th Cir. 2006) ("[D]istrict courts possess the

inherent authority to appoint 'friends of the court' to assist in their proceedings."); *United States v. State of La.*, 751 F. Supp. 608, 620 (E.D. La. 1990) ("Generally, courts have exercised great liberality in permitting an amicus curiae to file a brief in a pending case[.]")

For the reasons explained in the accompanying brief, amici curiae urge the Court to deny Plaintiffs' Motion for Summary Judgment and, instead, grant summary judgment in favor of Defendants.

DATE:  November 22, 2024                                          Respectfully submitted,


Ryan Brown                                              Efrén Olivares
Texas Bar No.: 2473967                                  Texas Bar No.: 24065844
1222 S. Fillmore St.                                    The Southern Poverty Law Center
Amarillo, Texas 79101-4352                              150 E. Ponce de Leon Ave., Ste. 340
Tel.: (806) 372-5711                                    Decatur GA 30030
Fax: (806) 350-7716
Email: ryan@ryanbrownattorneyatlaw.com                  *Counsel for Amici Curiae*

*Local Counsel – Amici Curiae*

3

## CERTIFICATE OF SERVICE

     I hereby certify that on this date the foregoing was filed through the Court's CM/ECF filing system, and by virtue of this filing notice will be sent electronically to all counsel of record.

Dated: Dated November 22, 2024

*/s/ Efrén Olivares*
Efrén Olivares