# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| RUSTY STRICKLAND, <br> ALAN AND AMY WEST FARMS, <br> ALAN WEST, <br> AMY WEST, <br> DOUBLE B FARMS, LLC, and <br> BRYAN BAKER, <br>       Plaintiffs, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT <br> OF AGRICULTURE, <br> THOMAS J. VILSACK, in his official <br> Capacity as Secretary of the United States <br> Department of Agriculture, <br> ZACH DUCHENEAUX, in his official <br> Capacity as Administrator of the Farm <br> Service Agency, and <br> THE UNITED STATES OF AMERICA, <br>       Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br><br><br> Case No. 2:24-cv-60-Z |

**[PROPOSED] ORDER**

Before the Court is American Indian Mothers, Inc., Concerned Citizens of Tillery, Cottage House Incorporation, Farm Aid, Kansas Black Farmers Association, Latino Farmers and Ranchers International, Inc., National Sustainable Agriculture Coalition, National Young Farmers Coalition, North Carolina Association of Black Lawyers Land Loss Prevention Project, Oklahoma Black Historical Research Project, Inc., Rural Advancement Fund of the National Sharecroppers Fund, Inc., Rural Coalition, and World Farmers, Inc., Unopposed Motion for Leave to File Amici Curiae Brief in Support of Defendants' Motion for Summary Judgment (ECF No. 38), which was filed on November 14, 2024. Having considered the Motion, and good

cause having been shown, the Motion is **GRANTED**, and the Clerk of the Court is **DIRECTED** to file Exhibit A, attached to the Motion (ECF No.___) as the amicus curiae brief.

    **SO ORDERED** this ___ day of **November 2024**.

                                                  _____
                                                  MATTHEW J. KACSMARYK
                                                  UNITED STATES DISTRICT JUDGE