IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

RUSTY STRICKLAND, *et al.*,

    Plaintiffs,

v.                                                                                  2:24-CV-60-Z

THE UNITED STATES DEPARTMENT OF
AGRICULTURE, *et al.*,

    Defendants.

## ORDER

Before the Court is Movants' Unopposed Motion for Leave to File Amici Curiae Brief in Support of Defendants' Combined Motion for Summary Judgment ("Motion") (ECF No. 39). The Motion has satisfied this Court's local rules requirement and is therefore **GRANTED**. *See* N.D. Tex. Loc. R. 7.2(b) ("An amicus brief may not be filed without leave of the presiding judge. The brief must specifically set forth the interest of the amicus curiae in the outcome of the litigation."). The Clerk is **DIRECTED** to refile ECF No. 39-1 as a separate Amici Curiae brief in support of Defendants' Combined Motion for Summary Judgment.

**SO ORDERED.**

November 25, 2024

                                              MATTHEW J. KACSMARYK
                                              UNITED STATES DISTRICT JUDGE