IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| RUSTY STRICKLAND, *et al.*, | |
| Plaintiffs, | |
| v. | 2:24-CV-060-Z |
| THE UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | |
| Defendants. | |

## ORDER

Before the Court is Plaintiff's Motion for Leave to File Sur-Reply ("Motion") (ECF No. 45), filed January 16, 2025. It is **GRANTED**. The Clerk is therefore **DIRECTED** to file Pages 5 through 9 of ECF No. 45[1] as a separate Sur-Reply.

**SO ORDERED**.

January 21, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

---

[1] This Sur-Reply may also be referred to as Pages 1 through 5 of ECF No. 45-1.