IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| RUSTY STRICKLAND, *et al.*, | |
| Plaintiffs, | |
| v. | 2:24-CV-060-Z |
| THE UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | |
| Defendants. | |

### ORDER

On January 20, 2025, President Donald J. Trump revoked Executive Order 13985 of January 20, 2021 (Advancing Racial Equity and Support for Underserved Communities Through the Federal Government), and Executive Order 14091 of February 16, 2023 (Further Advancing Racial Equity and Support for Underserved Communities Through the Federal Government), both related to the instant litigation. *Initial Recissions of Harmful Executive Orders and Actions*, WHITE HOUSE (Jan. 20, 2025), https://www.whitehouse.gov/presidential-actions/2025/01/initial-rescissions-of-harmful-executive-orders-and-actions/ [https://perma.cc/352Z-EGRK]. The Court **ORDERS** the parties to submit a joint brief detailing how this Executive Order bears on the disposition of the case. The joint brief must be submitted **on or before February 3, 2025.**

**SO ORDERED.**

January 27, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE