UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RUSTY STRICKLAND, *et al.*,<br><br>　　*Plaintiffs*,<br><br>　v.<br><br>THE UNITED STATES DEPARTMENT OF ARGRICULTURE, *et al.*,<br><br>　　*Defendants*. | Case No. 2:24-cv-00060-Z |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME**

　　Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7 of the Court's local rules, Defendant respectfully requests a seven-day extension of time, up to and including February 10, 2025, for the parties to submit their joint filing addressing the effects of President Trump's January 20, 2025 Executive Order revoking Executive Order 13985 (Advancing Racial Equity and Support for Underserved Communities Through the Federal Government), and Executive Order 14091 (Further Advancing Racial Equity and Support for Underserved Communities Through the Federal Government), on this litigation.  That submission is currently due on February 3, 2025.  *See* Order, ECF No. 49.  This is Defendants' first request for an extension of this deadline, and good cause exists for this request.

　　First, Defendants require additional time to analyze the effects, if any, of the Executive Order on this litigation and to confer with Plaintiffs as appropriate to develop the joint submission.  Second, undersigned counsel is in the process of preparing a final dispositive motion reply brief in another USDA matter that is due on February 4, 2025, and will be out of the office on pre-scheduled leave on Thursday, January 30, 2025 and Friday, January 31, 2025, further compressing the time available to develop Defendants' submission.  The parties have conferred, and Plaintiffs are unopposed to this requested extension.

1

For these reasons, Defendant respectfully requests that the Court grant this extension and allow to file their joint submission on or before February 10, 2025.

Dated: January 29, 2025          Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

LESLEY FARBY
Deputy Branch Director

*/s/ Faith E. Lowry*
FAITH E. LOWRY (TX Bar No. 24099560)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
Tel: (202) 305-5581
E-mail: faith.e.lowry@usdoj.gov