## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RUSTY STRICKLAND, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF ARGRICULTURE, *et al.*,<br><br>*Defendants*. | Case No. 2:24-cv-00060-Z |

### [PROPOSED] ORDER ON DEFENDANTS MOTION FOR AN EXTENSION OF TIME

Before the Court is Defendants' motion for an extension of time to submit the parties' joint filing addressing the effects, if any, of the Executive Order dated January 20, 2025, on this litigation, as ordered by the Court. *See* ECF No. 49. Upon due consideration, the Court GRANTS the motion. Accordingly, IT IS ORDERED that deadline to comply with the Court's order is extended to February 10, 2025.

SO ORDERED on _____.

_____
UNITED STATES DISTRICT JUDGE