IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| RUSTY STRICKLAND, *et al.*, | |
| Plaintiffs, | |
| v. | 2:24-CV-060-Z |
| THE UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | |
| Defendants. | |

# ORDER

Before the Court is Defendants' Motion for an Extension of Time ("Motion") (ECF No. 50) to submit the parties' joint filing addressing the effects, if any, of President Trump's Executive Order dated January 20, 2025, on this litigation. *See* ECF No. 49. Defendants filed this Motion on January 29, 2025. The current deadline is February 3, 2025. Defendants seek an extension to February 10, 2025. The Motion is unopposed.

The Court **GRANTS** the Motion. The parties must submit their joint brief **on or before February 10, 2025**.

**SO ORDERED.**

January 30, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE