IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| RUSTY STRICKLAND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. | 2:24-CV-60-Z |

**ORDER**

Before the Court is the parties' joint brief, filed February 10, 2025 ("Brief"). ECF No. 52. The parties filed the Brief in response to the Court's Order asking how President Trump's recent Executive Order bears on the disposition of the case. *See* ECF No. 49; Exec. Order No. 14148, *Initial Recissions of Harmful Executive Orders and Actions*, 90 Fed. Reg. 8237 (Jan. 20, 2025). The parties have conferred and request a 30-day stay of proceedings to "discuss a resolution of this matter," as "Plaintiffs anticipate that settlement is possible and likely required under the terms of the new Executive Order." ECF No. 52 at 4–5.

The Court construes the Brief as a Motion to Stay. The parties' Motion is **GRANTED**. *See In re Ramu Corp.*, 903 F.2d 312, 318 (5th Cir. 1990) ("The stay of a pending matter is ordinarily within the trial court's wide discretion to control the course of litigation . . . ."); *Hammoud v. Ma'at*, 49 F.4th 874, 882 n.42 (5th Cir. 2022) (en banc) (citing "the cardinal principle of judicial restraint [that] if it is not necessary to decide more, it is necessary not to decide more" (quoting *PDK Labs, Inc. v. U.S. D.E.A.*, 362 F.3d 786, 799 (D.C. Cir. 2004) (Roberts, J., concurring))). The Court therefore **STAYS** all proceedings and deadlines in this case

until **March 13, 2025**.

The parties are **ORDERED** to file a status report **on or before March 13, 2025**. The parties may refile and reargue any motions following the submission of their status report. The Court **DIRECTS** the Clerk of the Court to administratively close this case.

**SO ORDERED.**

February 11, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE