IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| RUSTY STRICKLAND, *et al.*, | |
| Plaintiffs, | |
| v. | 2:24-CV-60-Z |
| THE UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | |
| Defendants. | |

**ORDER**

Before the Court is the parties' Joint Status Report, filed March 13, 2024 ("Report"). ECF No. 57. This Report was filed in response to the Court's Order from February 11, 2025, staying all proceedings and deadlines in the instant case until March 13, 2025, and ordering the parties to file a status report on or before that same date.

The "parties are still discussing the possibility of a resolution" of the case and propose filing another joint status report within 14 days. The Court construes the Report as a Motion to Stay. The parties' Motion is **GRANTED**. *See In re Ramu Corp.*, 903 F.2d 312, 318 (5th Cir. 1990) ("The stay of a pending matter is ordinarily within the trial court's wide discretion to control the course of litigation . . . ."); *Hammoud v. Ma'at*, 49 F.4th 874, 882 n.42 (5th Cir. 2022) (en banc) (citing "the cardinal principle of judicial restraint [that] if it is not necessary to decide more, it is necessary not to decide more" (quoting *PDK Labs, Inc. v. U.S. D.E.A.*, 362 F.3d 786, 799 (D.C. Cir. 2004) (Roberts, J., concurring))). The Court therefore **STAYS** all proceedings and deadlines in this case until **March 27, 2025**.

The parties are **ORDERED** to file a status report **on or before March 27, 2025**. Solely for statistical purposes, the Court **DIRECTS** the Clerk of the Court to **REOPEN** and **CLOSE** this case.

**SO ORDERED.**

March 19, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE