# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| RUSTY STRICKLAND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. | No. 2:24-cv-60-Z |

## JOINT STATUS REPORT

Pursuant to this Court's March 19, 2025 Order, ECF No. 58, the parties respectfully submit the following joint statement. The parties are still discussing the possibility of a resolution of this case, including a possible voluntary remand. To allow the parties to continue that discussion, the parties propose to file a joint status report proposing next steps within two weeks, by April 10, 2025.

Dated: March 27, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

LESLEY FARBY
Deputy Branch Director

*/s/ Cassandra M. Snyder*
CASSANDRA M. SNYDER
Bar No. 1671667
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW

1

Washington, D.C. 20005
(202) 451-7729
cassandra.m.snyder@usdoj.gov

*Counsel for Defendants*


*/s/ Benjamin I. B. Isgur*
BRADEN H. BOUCEK
  Georgia Bar No. 396831
  Tennessee Bar No. 021399
BENJAMIN I. B. ISGUR
  Virginia Bar No. 98812
Southeastern Legal Foundation
560 W. Crossville Road, Suite 104
Roswell, GA 30075
(770) 977-2131
bboucek@southeasternlegal.org
bisgur@southeasternlegal.org

WILLIAM E. TRACHMAN
  Colorado Bar No. 45684
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
wtrachman@mslegal.org

ED MCCONNELL
  Texas Bar No. 13442500
Tormey & McConnell, LLC
310 SW 6th Ave.
Amarillo, TX 79101
Tel. (806) 355-2700; Fax. (806) 355-4771
ed@tmcattorneys.com

*Attorneys for Plaintiffs*