IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

RUSTY STRICKLAND, *et al.*,

      Plaintiffs,

v.                                                                           2:24-CV-060-Z

THE UNITED STATES DEPARTMENT
OF AGRICULTURE, *et al.*,

      Defendants.

## ORDER

Before the Court is the parties' Joint Status Report, filed March 27, 2025 ("Report").
ECF No. 59. This Report was filed in response to the Court's Order from March 19, 2025,
staying all proceedings and deadlines in the instant case until March 27, 2025, and ordering
the parties to file a status report on or before that same date.

The "parties are still discussing the possibility of a resolution" of the case and propose
filing an additional joint status report within two weeks. The Court construes the Report as
a Motion to Stay. The parties' Motion is **GRANTED**. *See In re Ramu Corp.*, 903 F.2d 312,
318 (5th Cir. 1990) ("The stay of a pending matter is ordinarily within the trial court's wide
discretion to control the course of litigation . . . ."); *Hammoud v. Ma'at*, 49 F.4th 874, 882
n.42 (5th Cir. 2022) (en banc) (citing "the cardinal principle of judicial restraint [that] if it
is not necessary to decide more, it is necessary not to decide more" (quoting *PDK Labs, Inc.
v. U.S. D.E.A.*, 362 F.3d 786, 799 (D.C. Cir. 2004) (Roberts, J., concurring))). The Court
therefore **STAYS** all proceedings and deadlines in this case until **April 10, 2025**. The
parties are **ORDERED** to file a status report on or before this same date.

**SO ORDERED**.

March 3/, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE