**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| RUSTY STRICKLAND, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:24-cv-60-Z |

# MOTION TO WITHDRAW OF ATTORNEY

Plaintiffs' counsel William E. Trachman respectfully moves to withdraw from this case. Mr. Trachman is leaving the law firm of Mountain States Legal Foundation to assume another position. Plaintiffs will remain represented by all other counsel listed below. Their names and addresses are denoted below.

Dated: August 14, 2026.

Respectfully submitted,

/s/William E. Trachman
WILLIAM E. TRACHMAN
Colorado Bar No. 45684
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
wtrachman@mslegal.org

JAMES V. F. DICKEY
Minnesota Bar No. 393613
BENJAMIN I. B. ISGUR
Virginia Bar No. 98812
Southeastern Legal Foundation
560 W. Crossville Road, Suite 104
Roswell, GA 30075
(770) 977-2131
jdickey@southeasternlegal.org
bisgur@southeasternlegal.org

ED MCCONNELL
Texas Bar No. 13442500
Tormey & McConnell, LLC
310 SW 6th Ave.
Amarillo, TX 79101
Tel. (806) 355-2700; Fax. (806) 355-4771
ed@tmcattorneys.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF CONFERENCE**

Plaintiffs' counsel conferred with Defendants' counsel on August 14, 2026. Defendants' counsel informed Plaintiffs' counsel that Defendants do not oppose this motion.

Respectfully submitted,

/s/William E. Trachman
WILLIAM E. TRACHMAN

## CERTIFICATE OF COMPLIANCE

This brief conforms to the requirements of Local Rule 7.2. It was prepared in 12-point Times New Roman Font. It is double-spaced and has margins that are at least one inch on all four sides. No text other than page numbers is in the margins.

Respectfully submitted,

*/s/William E. Trachman*
WILLIAM E. TRACHMAN

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Respectfully submitted,

*/s/William E. Trachman*
WILLIAM E. TRACHMAN